UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

DAVID EUGENE SCHEPER,

        Petitioner,

v.                        **MEMORANDUM OF LAW & ORDER**
                          Case No. 19-402 (MJD/ECW)

Warden M. Rios,

        Respondent.

---

David Eugene Scheper, pro se.

Ana H. Voss, Ann M. Bildtsen, and Erin M. Secord, Assistant United States Attorneys, Counsel for Respondent.

---

The above-entitled matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge Elizabeth Cowen Wright dated June 5, 2020. No objections have been filed to the Report and Recommendation in the time period permitted.

Accordingly, based upon the Report & Recommendation, files, records, and proceedings herein**, IT IS HEREBY ORDERED**:

1

1. The Court **ADOPTS** the Report and Recommendation of United States Magistrate Judge Elizabeth Cowan Wright dated June 5, 2020 [Docket No. 14].

2. Scheper's Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241 [Docket No. 1] is **DENIED AS MOOT** to the extent he seeks "immediate release" to home confinement;

3. Scheper's Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241 [Docket No. 1] is **DENIED** to the extent he seeks "immediate release" from all confinement; and

4. This matter be **DISMISSED WITHOUT PREDJUDICE**.

LET JUDGMENT BE ENTERED ACCORDINGLY.


Dated:  July 20, 2020                         s/ Michael J. Davis
                                              Michael J. Davis
                                              United States District Court